UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHRISHAWNDA LAMPKIN,    )
    )
    Plaintiff,    )
    )
    vs.    )    Case No. 4:07CV1401 CDP
    )
U.S. BANCORP,    )
    )
    Defendant.    )

## ORDER OF DISMISSAL

For the reasons stated in the accompanying Memorandum and Order,

**IT IS HEREBY ORDERED** that plaintiff's claims against defendant U. S.

Bancorp are dismissed, with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of March, 2008.